UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-20499

WELBY R. PENA,

      Plaintiff,

vs.

MAGAYA CORPORATION,
D/B/A MAGAYA INSURANCE SERVICES, INC.

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING OF STATEMENT OF CLAIM AS PER THE COURT'S ORDER OF MARCH 9, 2015**

The Plaintiff, Welby R. Pena, by and through undersigned counsel, hereby respectfully files his compliance with the above directives of the Court and states:

**CALCULATION OF DAMAGES**

Plaintiff is seeking damages for unpaid wages (straight time and overtime) accrued during his employment with Defendant specifically from about January 2, 2015 through about January 16, 2015 Plaintiff accrued the following damages:

- **$1,538.46** ($40,000/52 weeks x 2 weeks) in damages representing unpaid wages which Defendant failed to tender, following Plaintiff's termination for a purportedly unsatisfactory background check.

- **$580.00** (80 hours x $7.25 per hour) as liquidated damages as Defendant failed to pay Plaintiff any wages thereby violating federal minimum wage laws.

- **$307.60** ($769/50=$15.38 per hour (regular rate of pay) x10 hours of overtime per week x 2 weeks plus liquidated damages) in unpaid overtime.

- In addition to Plaintiff's claim above, the Plaintiff also asserts a claim under the F.C.R.A. Plaintiff is seeking statutory penalties as well as punitive damages which are to be determined by the jury.

This amount is exclusive of attorney's fees and costs.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 13, 2015 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Loren Law Group
100 S. Pine Island Road
Suite 132
Plantation, FL 33324
Phone:		(954)585-4878
Facsimile:	(954)585-4886
E-Mail:		JLoren@Lorenlaw.com

_____
James M. Loren, Esquire
Bar No.: 55409

**SERVICE LIST**

MAGAYA CORPORATION
Registered Agent: Jesus Rodriguez
7950 NW 53rd Street
Suite 300
Doral, FL 33166