UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-20499-MGC

WELBY R. PENA,

      Plaintiff,

vs.

MAGAYA CORPORATION,
D/B/A MAGAYA INSURANCE SERVICES, INC.

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

The Plaintiff, Welby R. Pena, hereby gives notice of acceptance pursuant to Fed. R. Civ. P 68(a) of Defendants' Offer of Judgment and requests the Clerk of Court to enter judgment in the amount of $2,426.06 and further states as follows:

1. Defendants served upon Plaintiff a Rule 68 offer of Judgment dated May 13, 2015. Exhibit "A."

2. Plaintiff hereby accepts the subject offer of judgment.

3. Plaintiff further requests that this Court entertain Plaintiff's Motion to Tax Attorney's Fees and Costs as Plaintiff is the prevailing party under both FLSA and FCRA and an award of attorney's fees and costs is mandatory. *See* 29 U.S.C. § 216(b) & 15 U.S.C. §1681o(2).

4. Plaintiff hereby abandons Count II (Breach of Contract) of his complaint as the Defendants' offer compensates Plaintiff for all damages sought under said count.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 13, 2015 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

      Loren Law Group
      100 S. Pine Island Road
      Suite 132
      Plantation, FL 33324
      Phone:    (954)585-4878
      Facsimile:   (954)585-4886
      E-Mail:    JLoren@Lorenlaw.com

*/s/ James M. Loren*
_____
James M. Loren, Esquire
Bar No.: 55409

**SERVICE LIST**

J. Michael Wermuth, Esquire
Wermuth Law, PA
8750 NW 36th Street
Suite 425
Miami, FL 33178
Phone:    (305)715-7157
Fax:    (305)715-8982
CM/ECF:  michael@wermuthlaw.com
         osnat@wermuthlaw.com
Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**WELBY R. PENA,**

      **Plaintiff,**                                CASE NO.: 1:15-CV-20499-MGC

v.

**MAGAYA CORPORATION d/b/a**
**MAGAYA INSURANCE SERVICES, INC.**

      **Defendant,**

_____/

**[CORRECTED] DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF**
**ON COUNTS I AND III OF THE COMPLAINT**

      Defendant, Magaya Corporation, for its own benefit and for the benefit of Magaya Insurance Services, Inc. and any party who could have been joined for the violations alleged in Counts I (Violation of FLSA) and III (Violation of FCRA) of the Complaint, and pursuant to Fed. R. Civ. P. 68, hereby offers to allow judgment to be entered against the Defendant on Counts I (Violation of FLSA) and III (Violation of FCRA) of the Complaint. Pursuant to Fed. R. Civ. P. 68, acceptance of this offer shall be made by service of a written notice of acceptance, directed to the undersigned counsel, within fourteen (14) days after service of this offer. If the offer is not accepted within that time period, it will be deemed withdrawn. Pursuant to Fed. R. Civ. P. 68, if this offer is not accepted, it will be inadmissible except in a proceeding to determine costs and penalties.

      **OFFER OF JUDGMENT** – Defendant, Magaya Corporation, offers to allow judgment to be entered in favor of Plaintiff, WELBY R. PEÑA as to Counts I (Violation of FLSA) and III (Violation of FCRA) of the Complaint asserted in the above-styled action, and all other claims,

including, but not limited to those claims under state law (Florida Minimum Wage Act), **except breach of contract (Count II of the Complaint)**, in the amount of two thousand four hundred twenty-six dollars and six cents ($2,426.06) to WELBY R. PEÑA in addition to reasonable attorney's fees and costs pertaining to Count I and Count III, less the amount of any set-off and attorney's fees to which Defendant is found to be entitled in connection with Count II (breach of contract) of the Complaint.  This offer also applies to all claims against any party who could have been joined for the violations alleged in Counts I (Violation of FLSA) and III (Violation of FCRA) of the Complaint, or related Amended Complaint(s), including but not limited to Magaya Insurance Services, Inc.

        Respectfully submitted,

        /s/ J. Michael Wermuth
        J. Michael Wermuth, Esq.
        Florida Bar No. 50768
        **WERMUTHLAW P.A.**
        ATTORNEYS FOR DEFENDANT
        8750 NW 36 Street, Suite 425
        Miami, Florida 33178
        Tel: 305-715-7157
        Fax: 305-715-8982
        michael@wermuthlaw.com
        osnat@wermuthlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on May 13, 2015, to Mr. James M. Loren, Esq., counsel for the Plaintiff, by email at Jloren@Lorenlaw.com and Jvaldes@lorenlaw.com, and by U.S. Mail to

    James M. Loren, Esq.
    Loren Law Group
    100 South Island Pine Road, Suite 132
    Plantation, FL 33324

BY: __J. MICHAEL WERMUTH_____
      J. Michael Wermuth, Esq.
      Florida Bar No. 50768

3