AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

)
)
v.                   )      Case No.:
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                  *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................. | $ _____ |
| Fees for service of summons and subpoena .................................... | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing ........................................... | _____ |
| Fees for witnesses *(itemize on page two)* ........................................ | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................................. | _____ |
| Docket fees under 28 U.S.C. 1923 .............................................. | _____ |
| Costs as shown on Mandate of Court of Appeals .................................. | _____ |
| Compensation of court-appointed experts ....................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ................................................. | _____ |
| TOTAL | $ _____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

❐   Electronic service         ❐   First class mail, postage prepaid

❐   Other: _____

s/ Attorney: *[signature]* _____

Name of Attorney: _____

For: _____          Date: _____
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____      By: _____      _____
*Clerk of Court*                    *Deputy Clerk*                *Date*

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
Phone: (786) 293-5750
Fax: (786) 264-5513
Tax Id: 65-0772445

**INVOICE**

Invoice #OJF-2015003525
3/11/2015

James Loren
Loren & Associates, P.A.
100 South Pine Island Road
Suite #132
Plantation, FL 33324

Case Number: SOUTHERN 15-20499-CV-COOKE

Plaintiff:
**WELBY R. PENA**

Defendant:
**MAGAYA CORPORATION A/K/A MAGAYA INSURANCE SERVICES, INC.**

Received: 3/10/2015   Served: 3/10/2015 1:35 pm  .CORPORATE
To be served on: MAGAYA CORPORATION

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| DADE SUMMONS | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | $35.00 |
| **BALANCE DUE:** | | | $35.00 |

Date Received / By: 3/16/15 JV
Date Scanned / By: ___/___/___ _____
File Name: _____
File Section: _____
E-mailed to: _____

PLEASE INDICATE INVOICE NUMBER ON YOUR CHECK

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n