UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-20499-MGC

WELBY R. PENA,

        Plaintiff,

vs.

MAGAYA CORPORATION,
D/B/A MAGAYA INSURANCE SERVICES, INC.

        Defendant.
_____/

## NOTICE OF SERVICE OF EX-PARTE MOTION FOR WRIT OF GARNISHMENT

PLEASE TAKE NOTICE that Plaintiff in accordance with Fla. Stat. § 77.041(2) affirmatively states that a copy of Plaintiff's Ex-Parte Motion for Writ of Garnishment and the Writ of Garnishment has been forwarded via First Class U.S. Mail on July 7, 2015 to Defendant care of its counsel.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 9, 2015 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

        Loren Law Group
        100 S. Pine Island Road - Suite 132
        Plantation, FL 33324
        Phone:     (954)585-4878
        Facsimile:  (954)585-4886
        E-Mail:    JLoren@Lorenlaw.com

        _____
        James M. Loren, Esquire
        Bar No.: 55409

**SERVICE LIST**

J. Michael Wermuth, Esquire
Wermuth Law, PA
8750 NW 36th Street
Suite 425
Miami, FL 33178
Phone:	(305)715-7157
Fax:	(305)715-8982
CM/ECF:	michael@wermuthlaw.com
	osnat@wermuthlaw.com
Counsel for Defendant